433 A.2d 524

## Commonwealth v. Blackburn, Appellant.

Petition for Allowance of Appeal Denied July 17, 1981.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.

433 A.2d 525

## Commonwealth v. Boban, Appellant.

## Commonwealth v. McCutcheon, Appellant.

Petition for Allowance of Appeal Denied July 24, 1981.

Argued April 16, 1980. Vincent J. Morocco, for appellant (at No. 547); Dante G. Bertani, for appellant (at No. 582); James J. Conte, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgments of sentence affirmed.